IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DORIEN JAMILL FRANKLIN                                                            PLAINTIFF

VERSUS                                                    CIVIL ACTION NO.  5:06cv115DCB-MTP

LEON PERRY, LAWRENCE WALTON,
and RICHARD RANDALES                                                           DEFENDANTS

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal.  Pursuant to the memorandum opinion issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed without prejudice for plaintiff's failure to exhaust his administrative remedies.

This the 15th day of November, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE